IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHAN S. PHAN BANG<br>　　　Plaintiff, | : | |
| v. | : | CIVIL ACTION<br>NO. 12-6951 |
| MICHAEL J. ASTRUE,<br>COMMISSIONER OF<br>SOCIAL SECURITY<br>　　　Defendant. | : | |

**ORDER**

AND NOW, this 25th day of July, 2014, upon consideration of Plaintiff's Objections to the Report and Recommendation of the United States Magistrate Judge (Doc. No. 16), Defendant's Response to said Objections (Doc. No. 17), and Plaintiff's Reply to said Response (Doc. No. 18), it is hereby ORDERED as follows:

(1) Plaintiff's Objections to Magistrate Judge Henry S. Perkin's Report and Recommendation are OVERRULED;

(2) The Report and Recommendation is APPROVED AND ADOPTED;

(3) The relief sought by Plaintiff is DENIED;

(4) The decision of the Commissioner of Social Security is Affirmed; and

(5) The Clerk of Court shall mark this matter CLOSED.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　/s/ C. Darnell Jones, II
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　C. Darnell Jones, II     J.